In the Matter of the Petition of IDA SCHMIDT, Respondent, to Prove the Last Will and Testament of HENRY C. SCHMIDT, Late of the County of Kings, Deceased.

WILHELMINA C. EHRSAM and HENRY J. SCHMIDT, Appellants.— Decree of the Surrogate's Court of Kings county affirmed, with costs to all parties who have separately appeared, payable out of the estate. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ., concur.